IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ODELL DOBBS,                                                               ORDER

                  Petitioner,                                              11-cv-663-bbc
                                                                             10-cv-584-bbc
                                                                               08-cr-102-bbc

         v.

UNITED STATES OF AMERICA,

                  Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Petitioner Odell Dobbs has filed a motion challenging his 2008 sentence for possessing with intent to distribute 50 grams or more of crack cocaine, in violation of 21 U.S.C. § 841(a)(1). He has filed also a motion for appointment of counsel. In a December 2, 2011 order, I stated that I could not consider petitioner's filing unless he clarified the nature of the submission; he has characterized his motion both as a motion for reconsideration under Fed. R. Civ. P. 60(b) of the court's dismissal of his previous § 2255 motion as well as a petition for a writ of habeas corpus under 28 U.S.C. § 2241. I gave petitioner until December 15, 2011 to provide clarification. He has failed to do so. Therefore, I will deny this motion and dismiss case no. 11-cv-663-bbc without prejudice for

1

petitioner's failure to prosecute it. Petitioner's motion for appointment of counsel will be denied as moot.

ORDER

IT IS ORDERED that

1. Petitioner Odell Dobbs's motion challenging his sentence, dkt. #1, is DENIED.

2. Petitioner's motion for appointment of counsel, dkt. #5, is DENIED as moot.

3. Case no. 11-cv-663-bbc is DISMISSED without prejudice to petitioner's refiling it at a later date.

Entered this 30th day of December, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge